**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION, CINCINNATI**

| | | |
|---|---|---|
| Russell William Bell, | : | |
| Petitioner, | : | Case No. C1 01 161 |
| v. | : | Judge Weber |
| Lawrence Mack, Warden, | : | Magistrate Judge Hogan |
| Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General Stuart A. Cole, counsel for Respondent, hereby gives notice to the Court and Petitioner's counsel of the change of his office address. The new address is reflected below and is effective immediately.

Respectfully submitted,

JIM PETRO   (0022096)
Attorney General

/s/Stuart A. Cole
STUART A. COLE (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 (Fax)
scole@ag.state.oh.us

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **Notice of Change of Address** has been forwarded to John Fenlon, Office of the Ohio Public Defender, 8 E. Long Street, 11th Floor, Columbus, Ohio, 43215 via the U.S. mail, this 21st day of October, 2003.

/s/Stuart A. Cole
STUART A. COLE
Assistant Attorney General