# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**RUSSELL WILLIAM BELL**
    **Plaintiff,**

-vs-                                                                                                                     Case No.  C-1-01-161

**LAWRENCE MACK**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**      This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report & Recommendation of the Magistrate (doc. 11) is ADOPTED. The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE as time-barred.  A certificate of appealability should not issue.  This case is TERMINATED on the docket of this Court.

Date:  January 9, 2004                                                       JAMES BONINI, CLERK

                                                                                        By:s/   Paul Hennessey
                                                                                         Paul Hennessey, Deputy Clerk